MARVIN GEBHARDT v. STATE OF NEBRASKA.

FILED JANUARY 23, 1926. No. 24892.

ERROR to the district court for Box Butte county: WILLIAM H. WESTOVER, JUDGE. *Reversed, with directions.*

*M. F. Harrington* and *E. C. Barker,* for plaintiff in error.

*O. S. Spillman, Attorney General,* and *Harry Silverman,* contra.

Heard before MORRISSEY, C. J., DEAN, DAY, GOOD, THOMP-SON and EBERLY, JJ.

EBERLY, J.

This is a companion case of *Zediker v. State, ante,* p. 292, decided at the present sitting of the court, and is an appeal from the conviction of defendant Gebhardt in a separate trial upon an information jointly charging defendant Gebhardt, Zediker, and another, with the commission of the crime of burglary and larceny. The evidence supporting the application for a change of venue is identical with the case of *Zediker v. State, supra.* The assignment of errors based upon the admission of testimony of certain statements made by coconspirators is governed by the rule announced in *Zediker v. State, supra.*

It follows, therefore, that the case must be reversed and remanded for a new trial, with instructions to the district court to grant the application for a change of venue.

REVERSED.